*State of New York*
*Supreme Court, Appellate Division*
*Third Judicial Department*

Decided and Entered:  May 21, 2015                    519054
_____

In the Matter of LEVON ISAAC,
                    Appellant,

     v
                                         MEMORANDUM AND ORDER

TINA M. STANFORD, as Chair of
    the Board of Parole,
                    Respondent.
_____

Calendar Date:  March 31, 2015

Before:  Lahtinen, J.P., Garry, Lynch and Clark, JJ.

                    _____

     Levon Isaac, Hudson, appellant pro se.

     Eric T. Schneiderman, Attorney General, Albany (Laura
Etlinger of counsel), for respondent.

                    _____

     Appeal from a judgment of the Supreme Court (Nichols, J.),
entered July 8, 2014 in Columbia County, which, in a proceeding
pursuant to CPLR article 78, granted respondent's motion to
dismiss the petition.

     Petitioner is currently serving a sentence of 2½ to 5 years
in prison upon his conviction of burglary in the third degree.
He commenced this CPLR article 78 proceeding challenging a March
2013 decision of the Board of Parole denying his request for
parole release.  Respondent moved to dismiss the petition on the
ground that, among others, the proceeding was moot given the
Board's subsequent denial of petitioner's request to be released
to parole supervision.  Supreme Court granted the motion and this
appeal by petitioner ensued.

We affirm. Petitioner received all of the relief to which he is entitled by the Board's reconsideration of his request for parole release that it again denied in October 2013 (see Matter of Hardwick v New York State Dept. of Parole, 116 AD3d 1332 [2014]; Matter of Tafari v Evans, 92 AD3d 1060 [2012], lv denied 19 NY3d 802 [2012]). Accordingly, Supreme Court properly dismissed the proceeding as moot, and we find that the exception to the mootness doctrine is inapplicable to the circumstances presented here (see Matter of Ellison v Evans, 100 AD3d 1159, 1160 [2012]; Matter of Gilsinger v New York State Div. of Parole, 76 AD3d 1130 [2010]).

Lahtinen, J.P., Garry, Lynch and Clark, JJ., concur.

ORDERED that the judgment is affirmed, without costs.

ENTER:

Robert D. Mayberger
Clerk of the Court